

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2020

No. 04-20-00134-CV

**H.L. ZUMWALT CONSTRUCTION, INC.,**
Appellant

v.

**ROAD REPAIR, LLC,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002791D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellant's first unopposed motion for extension of time is GRANTED. Appellant's reply brief is due October 6, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court